**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: Anthony V. Rocco                                              CHAPTER 13
        Stacie L. Rocco fka Stacie L. Fisher
                                  BKY. NO. 20-20159 CMB
                Debtor(s)

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of PENNYMAC LOAN SERVICES, LLC and index same on the master mailing list.

                              Respectfully submitted,

                              /s/ **Brian C. Nicholas**
                              Brian Nicholas
                              22 Dec 2020, 14:12:38, EST

                              Brian C. Nicholas, Esq. (317240) ☑
                              Maria D. Miksich, Esq. (319383) ☐
                              Rebecca A. Solarz, Esq. (315936) ☐
                              KML Law Group, P.C.
                              BNY Mellon Independence Center
                              701 Market Street, Suite 5000
                              Philadelphia, PA 19106
                              412-430-3594
                              bkgroup@kmllawgroup.com

Document ID: 46b84d651076d677f76887482679861538e57c173b77fb7839793a02e0a2804c