IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Anthony V. Rocco | ) | Case No. 20-20159 CMB |
| Stacie L. Rocco, | ) | Chapter 13 |
| Debtor(s) | ) | |
| | ) | |
| | ) | Related to Docket No. 65 |

## **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on February 8, 2022, a true and correct copy of the *Order to Pay Trustee* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Ronda J. Winnecour, Trustee-served with ECF filing
Suite 3250 – US Steel Tower
600 Grant Street
Pittsburgh, PA 15219

Anthony V. Rocco
6818 Ridge Avenue
Finleyville, PA 15332

Chris's Cleaning LLC
45 Blair Road
Eighty-Four, PA 15330

Date of Service: February 8, 2022    /s/ Christopher M. Frye
    Christopher M. Frye, Esquire
    Attorney for the Debtor

    STEIDL & STEINBERG
    Suite 2830, Gulf Tower
    707 Grant Street
    Pittsburgh, PA 15219
    (412) 391-8000
    Chris.frye@steidl-steinberg.com
    PA I.D. No. 208402