IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Anthony V. Rocco | ) | Case No. 20-20159 CMB |
| Stacie L. Rocco, | ) | Chapter 13 |
| Debtor(s) | ) | Document No. 62 |
| | ) | |
| | ) | |
| Anthony V. Rocco, | ) | |
| Movant(s) | ) | |
| | ) | |
| Social Security No. XXX-XX- 8106 | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| REC22 Inc. DBA Audi Pittsburgh and | ) | |
| Ronda J. Winnecour, Trustee | ) | |
| Respondent(s) | ) | |

## ORDER OF COURT

AND NOW, to wit, this ___7th___ day of _____, 2022, it is hereby ORDERED, ADJUDGED, and DECREED, that the wage attachment affecting the wages of Anthony V. Rocco be terminated immediately.

Employer:

**REC22 Inc. DBA Audi Pittsburgh**
**Attn: Payroll**
**4520 William Penn Highway**
**Monroeville, PA 15146**

FILED
2/7/22 9:19 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

*Carlota M. Böhm* dmk
_____
Honorable Carlota M. Bohm
U.S. Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Anthony V. Rocco  
Stacie L. Rocco  
    Debtors

Case No. 20-20159-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 2  
Date Rcvd: Feb 07, 2022      Form ID: pdf900      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 09, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Anthony V. Rocco, Stacie L. Rocco, 6818 Ridge Avenue, Finleyville, PA 15332-1016 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 09, 2022      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 7, 2022 at the address(es) listed below:

**Name**      **Email Address**

Brian Nicholas  
     on behalf of Creditor Pennymac Loan Services  LLC bnicholas@kmllawgroup.com

Christopher M. Frye  
     on behalf of Joint Debtor Stacie L. Rocco chris.frye@steidl-steinberg.com  
     julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgoga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com

Christopher M. Frye  
     on behalf of Debtor Anthony V. Rocco chris.frye@steidl-steinberg.com  
     julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgoga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com

Office of the United States Trustee  
     ustpregion03.pi.ecf@usdoj.gov

District/off: 0315-2          User: auto          Page 2 of 2

Date Rcvd: Feb 07, 2022          Form ID: pdf900          Total Noticed: 1

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com Equitablebankruptcy@peoples-gas.com

Thomas Song
    on behalf of Creditor Pennymac Loan Services  LLC pawb@fedphe.com

TOTAL: 7