**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

11/02/2022

IN RE:

ANTHONY V. ROCCO
STACIE L. ROCCO
6818 RIDGE AVENUE
FINLEYVILLE, PA  15332
XXX-XX-8106            Debtor(s)

XXX-XX-9750

Case No. 20-20159 CMB

Chapter 13

**NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS**

    NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

    This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case.  This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders.  Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

    This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan.  Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

    The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed.  Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee.  To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known .

In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

<u>/s/ RONDA J. WINNECOUR</u>
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

11/2/2022

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Description |
|---|---|---|
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br><br>NORFOLK, VA  23541 | Trustee Claim Number:1   INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  SCORE RWRDS/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.:  5730 |
| **PHELAN HALLINAN DIAMOND & JONES LLP**<br>C/O PMB SSS ACQUISITION<br>PO BOX 8990<br><br>TURNERSVILLE, NJ  08012-8990 | Trustee Claim Number:2   INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  PENNYMAC/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **FIRST NATIONAL BANK OF PA(*)**<br>LOAN ADJUSTMENT DEPT*<br>4140 E STATE ST<br><br>HERMITAGE, PA  16148 | Trustee Claim Number:3   INT %:  4.00%<br>Court Claim Number:5<br><br>CLAIM:  1,771.54<br>COMMENT:  CL5GOV*PMTS/CONF*$@%/CL-PL | CRED DESC:  SECURED CREDITOR<br>ACCOUNT NO.:  8195 |
| **HUNTINGTON NATIONAL BANK(*)**<br>5555 CLEVELAND AVE - GW1N10<br><br>COLUMBUS, OH  43231 | Trustee Claim Number:4   INT %:  6.00%<br>Court Claim Number:2<br><br>CLAIM:  5,233.45<br>COMMENT:  $/CL-PL@6%/PL | CRED DESC:  VEHICLE<br>ACCOUNT NO.:  6315 |
| **PENNYMAC LOAN SERVICES LLC**<br>PO BOX 660929<br><br>DALLAS, TX  75266-0929 | Trustee Claim Number:5   INT %:  0.00%<br>Court Claim Number:32-2<br><br>CLAIM:  0.00<br>COMMENT:  CL32GOV*PMT/DECL*DKT4LMT*BGN 2/20*AMD | CRED DESC:  MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.:  7466 |
| **AMERICAN EXPRESS NATIONAL BANK**<br>C/O BECKET AND LEE LLP<br>PO BOX 3001<br><br>MALVERN, PA  19355-0701 | Trustee Claim Number:6   INT %:  0.00%<br>Court Claim Number:9<br><br>CLAIM:  1,069.25<br>COMMENT:  4513/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  1002 |
| **BANK OF AMERICA NA\*\***<br>PO BOX 15102<br><br>WILMINGTON, DE  19886-5102 | Trustee Claim Number:7   INT %:  0.00%<br>Court Claim Number:19<br><br>CLAIM:  9,745.08<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  8766 |
| **BANK OF AMERICA NA\*\***<br>PO BOX 15102<br><br>WILMINGTON, DE  19886-5102 | Trustee Claim Number:8   INT %:  0.00%<br>Court Claim Number:18<br><br>CLAIM:  2,910.20<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  8777 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br><br>NORFOLK, VA  23541 | Trustee Claim Number:9   INT %:  0.00%<br>Court Claim Number:15<br><br>CLAIM:  6,897.49<br>COMMENT:  CAP ONE/CABELA'S | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  3944 |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INF**<br>PO BOX 71083<br><br>CHARLOTTE, NC  28272-1083 | Trustee Claim Number:10   INT %:  0.00%<br>Court Claim Number:7<br><br>CLAIM:  1,844.35<br>COMMENT:  SYNCHRONY | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  2739 |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **CITIBANK NA**** 6716 GRADE LN BLDG 9 STE 910-PY DEPT  LOUISVILLE, KY 50325-3439 | Trustee Claim Number:11 INT %: 0.00% Court Claim Number:29 | CLAIM: 6,618.04 COMMENT: SHOP YOUR WAY REWARDS | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 3826 |
| **JPMORGAN CHASE BANK NA S/B/M/T CHASE B** C/O JPMORGAN CHASE BANK NA PO BOX 15368 WILMINGTON, DE 19850 | Trustee Claim Number:12 INT %: 0.00% Court Claim Number:12 | CLAIM: 3,975.13 COMMENT: | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 2503 |
| **JPMORGAN CHASE BANK NA S/B/M/T CHASE B** C/O JPMORGAN CHASE BANK NA PO BOX 15368 WILMINGTON, DE 19850 | Trustee Claim Number:13 INT %: 0.00% Court Claim Number:11 | CLAIM: 3,318.29 COMMENT: | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 3225 |
| **JPMORGAN CHASE BANK NA S/B/M/T CHASE B** C/O JPMORGAN CHASE BANK NA PO BOX 15368 WILMINGTON, DE 19850 | Trustee Claim Number:14 INT %: 0.00% Court Claim Number:10 | CLAIM: 2,089.37 COMMENT: | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 4399 |
| **CITIBANK NA**** 6716 GRADE LN BLDG 9 STE 910-PY DEPT LOUISVILLE, KY 50325-3439 | Trustee Claim Number:15 INT %: 0.00% Court Claim Number:17 | CLAIM: 5,368.99 COMMENT: | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 7059 |
| **CITIBANK NA**** 6716 GRADE LN BLDG 9 STE 910-PY DEPT LOUISVILLE, KY 50325-3439 | Trustee Claim Number:16 INT %: 0.00% Court Claim Number:16 | CLAIM: 2,920.90 COMMENT: | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 7368 |
| **LVNV FUNDING LLC** C/O RESURGENT CAPITAL SVCS PO BOX 10587 GREENVILLE, SC 29603-0587 | Trustee Claim Number:17 INT %: 0.00% Court Claim Number:30 | CLAIM: 1,832.37 COMMENT: SHERMAN/CITIBANK | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 3225 |
| **CITIBANK NA**** 6716 GRADE LN BLDG 9 STE 910-PY DEPT LOUISVILLE, KY 50325-3439 | Trustee Claim Number:18 INT %: 0.00% Court Claim Number:31 | CLAIM: 238.97 COMMENT: SUNOCO | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 3392 |
| **THD/CBSD** POB 6497 SIOUX FALLS, SD 57117 | Trustee Claim Number:19 INT %: 0.00% Court Claim Number: | CLAIM: 0.00 COMMENT: | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 3475 |
| **QUANTUM3 GROUP LLC AGNT - COMENITY BAN** PO BOX 788 KIRKLAND, WA 98083-0788 | Trustee Claim Number:20 INT %: 0.00% Court Claim Number:28 | CLAIM: 6,639.85 COMMENT: LEGENDARY PINE | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 5903 |

| Creditor | Trustee/Court Claim | Cred Desc / Account |
|---|---|---|
| **QUANTUM3 GROUP LLC - AGENT COMENITY CA**<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Trustee Claim Number: 21  INT %: 0.00%<br>Court Claim Number: 27<br>CLAIM: 54.30<br>COMMENT: DAVID'S BRIDAL | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5690 |
| **DISCOVER BANK(*)**<br>C/O DISCOVER PRODUCTS INC<br>PO BOX 3025<br>NEW ALBANY, OH 43054-3025 | Trustee Claim Number: 22  INT %: 0.00%<br>Court Claim Number: 1<br>CLAIM: 6,739.75<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1086 |
| **DISCOVER BANK(*)**<br>C/O DISCOVER PRODUCTS INC<br>PO BOX 3025<br>NEW ALBANY, OH 43054-3025 | Trustee Claim Number: 23  INT %: 0.00%<br>Court Claim Number: 3<br>CLAIM: 4,250.17<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6110 |
| **ELIZUR CORP**<br>9800B MCKNIGHT RD<br>PITTSBURGH, PA 15237 | Trustee Claim Number: 24  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3034 |
| **FIRST BANKCARD CENTER**<br>PO BOX 3331<br>OHAMA, NE 68103 | Trustee Claim Number: 25  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~SHEETZ/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8835 |
| **FIRST NATIONAL BANK OF PA(*)**<br>LOAN ADJUSTMENT DEPT*<br>4140 E STATE ST<br>HERMITAGE, PA 16148 | Trustee Claim Number: 26  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0216 |
| **FIRST NATIONAL BANK OF OMAHA(*)**<br>1620 DODGE ST STOP 3106*<br>OMAHA, NE 68197-3106 | Trustee Claim Number: 27  INT %: 0.00%<br>Court Claim Number: 4<br>CLAIM: 1,599.37<br>COMMENT: 2321/SCH*SHEETZ | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8835 |
| **CAPITAL ONE NA****<br>C/O BECKET & LEE LLP<br>PO BOX 3001<br>MALVERN, PA 19355-0701 | Trustee Claim Number: 28  INT %: 0.00%<br>Court Claim Number: 13<br>CLAIM: 2,508.52<br>COMMENT: KOHL'S | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4416 |
| **ECMC(*)**<br>LOCKBOX #8682<br>PO BOX 16478<br>ST PAUL, MN 55116-0478 | Trustee Claim Number: 29  INT %: 0.00%<br>Court Claim Number: 6<br>CLAIM: 19,872.66<br>COMMENT: 1109/SCH*FR NAVIENT-DOC 51 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9750 |
| **JEFFERSON CAPITAL SYSTEMS LLC***<br>PO BOX 772813<br>CHICAGO, IL 60677-2813 | Trustee Claim Number: 30  INT %: 0.00%<br>Court Claim Number: 22<br>CLAIM: 3,567.40<br>COMMENT: SYNCHRONY/DSG | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5730 |

| Creditor | Claim Info | Credit Info |
|---|---|---|
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41031<br>NORFOLK, VA  23541 | Trustee Claim Number:31  INT %:  0.00%<br>Court Claim Number:26<br>CLAIM:  233.13<br>COMMENT:  SYNCHRONY/CARE CREDIT/GEMB/GECRB | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  1549 |
| **JEFFERSON CAPITAL SYSTEMS LLC***<br>PO BOX 772813<br>CHICAGO, IL  60677-2813 | Trustee Claim Number:32  INT %:  0.00%<br>Court Claim Number:23<br>CLAIM:  349.04<br>COMMENT:  SYNCHRONY/MEN'S WEARRHOUSE | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  6565 |
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41031<br>NORFOLK, VA  23541 | Trustee Claim Number:33  INT %:  0.00%<br>Court Claim Number:25<br>CLAIM:  6,186.34<br>COMMENT:  OLD NAVY/GEMB/GECRB | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  2741 |
| **JEFFERSON CAPITAL SYSTEMS LLC***<br>PO BOX 772813<br>CHICAGO, IL  60677-2813 | Trustee Claim Number:34  INT %:  0.00%<br>Court Claim Number:21<br>CLAIM:  5,293.79<br>COMMENT:  SYNCHRONY/OLD NAVY | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  2933 |
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41031<br>NORFOLK, VA  23541 | Trustee Claim Number:35  INT %:  0.00%<br>Court Claim Number:24<br>CLAIM:  4,653.37<br>COMMENT:  TJX/GEMB/GECRB | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  2732 |
| **TRI COMMUNITY SOUTH EMS**<br>5490 PROGRESS BLVD<br>BETHEL PARK, PA  15102 | Trustee Claim Number:36  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0893 |
| **UPMC HEALTH SERVICES**<br>C/O DCM SERVICES/BANKRUPTCY<br>PO BOX 1123<br>MINNEAPOLIS, MN  55440 | Trustee Claim Number:37  INT %:  0.00%<br>Court Claim Number:20<br>CLAIM:  10,050.00<br>COMMENT:  9231/SCH*MERCY | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  8106 |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INF**<br>PO BOX 71083<br>CHARLOTTE, NC  28272-1083 | Trustee Claim Number:38  INT %:  0.00%<br>Court Claim Number:8<br>CLAIM:  586.39<br>COMMENT:  WALMART/SCH*SYNCHRONY | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  8696 |
| **WORLDS FOREMOST BANK**<br>4800 NW 1ST ST STE 300<br>LINCOLN, NE  68521 | Trustee Claim Number:39  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  3944 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br>NORFOLK, VA  23541 | Trustee Claim Number:40  INT %:  0.00%<br>Court Claim Number:14<br>CLAIM:  4,049.78<br>COMMENT:  CAP ONE/CABELA'S | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  7301 |

# CLAIM RECORDS

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **STEVE FISHER**<br>30 BELMONT AVE<br>PO BOX 116<br>GASTONVILLE, PA 15336 | Trustee Claim Number: 41  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: /SCH H | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **GRB LAW\*\***<br>C/O JEFFREY R HUNT ESQ - FOR PNG CO<br>525 WILLIAM PENN PLACE STE 3110<br>PITTSBURGH, PA 15219 | Trustee Claim Number: 42  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: PEOPLES/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **PENNYMAC LOAN SERVICES LLC**<br>PO BOX 660929<br>DALLAS, TX 75266-0929 | Trustee Claim Number: 43  INT %: 0.00%<br>Court Claim Number: 32-2<br>CLAIM: 297.34<br>COMMENT: CL32GOV\*$/CL-PL\*THRU 1/20\*AMD | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 7466 |
| **AMERICAN EXPRESS NATIONAL BANK**<br>C/O BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN, PA 19355-0701 | Trustee Claim Number: 44  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **CLEARVIEW FCU\*\***<br>8805 UNIVERSITY BLVD<br>MOON TWP, PA 15108-4212 | Trustee Claim Number: 45  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: PMT/COE-PL\*445x(55+2)=LMT\*BGN 7/20\*DK | CRED DESC: Post Petition Claim (1305)<br>ACCOUNT NO.: 8345 |
| **KML LAW GROUP PC\***<br>701 MARKET ST STE 5000<br>PHILADELPHIA, PA 19106 | Trustee Claim Number: 46  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: PENNYMAC/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |