IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Case No. 20-20159 CMB |
| | ) | Chapter 13 |
| Anthony V. Rocco | ) | |
| Stacie L. Rocco, | ) | Related to Doc. No. 76 |
| *Debtor(s)* | ) | |
| | ) | |
| | ) | |
| Anthony V. Rocco | ) | |
| Stacie L. Rocco, | ) | |
| *Movant(s)* | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Ronda J. Winnecour, Esq., Trustee, | ) | |
| *Respondents* | ) | |

## CONSENT ORDER APPROVING DEBTOR TO FINANCE A NEW OR USED VEHICLE

AND NOW, to wit, this 8th day of January, 2024, it is hereby ORDERED, ADJUDGED, and DECREED, that:

1. The Debtors is approved to obtain a loan for no more than $25,000.00, with a monthly payment of no more than $450.00 and an interest rate of no more than 21% to be used to purchase a new or used motor vehicle or incur a new vehicle lease;

2. The Debtors are permitted to trade in their 2010 Jeep Compass;

3. The vehicle must be purchased within 60 days of the date of this order;

4. Within 15 days of the financing of the motor vehicle:

    a. The Debtors will file a report of financing;

    b. The Debtors does not have prearranged vehicle financing. The Debtors will file an adequate protection order providing for the expedient start of payments for the new vehicle loan which will authorize the chapter 13 trustee to begin the distribution of adequate protection payments by the Trustee during the next distribution cycle practicable and each monthly cycle thereafter pending confirmation of the pending plan;

    c. The Debtors shall file an amended Chapter 13 Plan, which includes the new vehicle loan, within 10 days after the vehicle has been purchased.

5. To ensure the prompt and timely payment of the automobile loan, Debtors shall make a supplemental payment to the chapter 13 trustee within 7 days of filing the report of financing (and each month thereafter as necessary) in an amount sufficient for the trustee to cover the installments due on the loan. The supplemental payments shall be in addition to the regular plan payment, pending confirmation of the amended plan.

FILED
1/8/24 3:03 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Carlota M. Böhm, Judge    jah
United States Bankruptcy Court

/s/ Kate DeSimone_____
Counsel for the Chapter 13 Trustee

/s/ Christopher M. Frye_____
Christopher M. Frye, Esquire
Attorney for the Debtor

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-20159-CMB |
| Anthony V. Rocco | Chapter 13 |
| Stacie L. Rocco | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Jan 08, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 10, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Anthony V. Rocco, Stacie L. Rocco, 6818 Ridge Avenue, Finleyville, PA 15332-1016 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 10, 2024          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 8, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | |
| | on behalf of Creditor Pennymac Loan Services LLC bnicholas@kmllawgroup.com |
| Christopher M. Frye | |
| | on behalf of Joint Debtor Stacie L. Rocco chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com |
| Christopher M. Frye | |
| | on behalf of Debtor Anthony V. Rocco chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com |
| Office of the United States Trustee | |
| | ustpregion03.pi.ecf@usdoj.gov |

| District/off: 0315-2 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jan 08, 2024 | Form ID: pdf900 | Total Noticed: 1 |

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com

Thomas Song
    on behalf of Creditor Pennymac Loan Services  LLC pawb@fedphe.com

TOTAL: 7