IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Case No.  20-20159 CMB |
| | ) | Chapter 13 |
| Anthony V. Rocco | ) | Related Docket No.77 |
| Stacie L. Rocco, | ) | |
| *Debtor(s)* | ) | |
| | ) | |
| | ) | |
| Anthony V. Rocco | ) | |
| Stacie L. Rocco, | ) | |
| *Movant(s)* | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Ronda J. Winnecour, Esq., Trustee, | ) | |
| *Respondents* | ) | |

## **REPORT OF FINANCING**

AND NOW, come the Debtors, Anthony V. Rocco and Stacie L. Rocco, by and through their attorney Christopher M. Frye, and Steidl and Steinberg, Attorneys at Law, and respectfully represents as follows:

1.  On January 8, 20204, this Honorable Court entered an order at Docket No.77, approving the Debtors request to finance a new vehicle

2.  The Debtors purchased a 2019 Jeep Compass Latitude from #1 Cochran Mazda Monroeville on January 13, 2024.

3.  The Debtor obtained financing through American Clearview Federal Credit Union at 8805 University Blvd, Moon Township, PA 15108.

4.  The amount of the loan was for $17,999.90 with an interest rate of 18% percent.

5.        The monthly loan payment $447.00 for 63 months.

6.        The monthly loan payments begin February 25, 2024

7.        The Debtors will immediately file an amended Chapter 13 plan to include

the monthly vehicle loan payment.

WHEREFORE, the Debtors, Anthony V. Rocco and Stacie L. Rocco, respectfully

file this Report of Financing.

Respectfully submitted,


January 16, 2024                    /s/ Christopher M. Frye
DATE                               Christopher M. Frye, Esquire
                                   Attorney for the Debtor(s)

                                   STEIDL & STEINBERG
                                   Suite 2830 – Gulf Tower
                                   707 Grant Street
                                   Pittsburgh, PA  15219
                                   (412) 391-8000
                                   ken.steidl@steidl-steinberg.com
                                   PA I.D. No. 208402