IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | Case No.  20-20159 CMB |
| ) | Chapter 13 |
| Anthony V. Rocco ) | Related Docket No. 80 |
| Stacie L. Rocco, ) | |
| *Debtor(s)* ) | Hearing Date and time: |
| ) | February 22, 2024 at 9:00 a.m. |
| ) | |

**CERTIFICATE OF SERVICE OF AMENDED CHAPTER 13 PLAN DATED JANUARY 16, 2024**

I certify under penalty of perjury that I caused to be served the above captioned pleadings on the parties at the addresses specified below or on the attached list on (date) January 18, 2024

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: first class mail

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

EXECUTED ON:

See Attached Mailing Matrix

Served by CM/ECF:

Ronda J. Winnecour, Chapter 13 Trustee

Office of the U.S. Trustee

                                                                 Respectfully submitted,

January 18, 2024                              /s/ Christopher M. Frye
DATE                                                  Christopher M. Frye, Esquire
                                                          Attorney for the Debtor(s)
                                                          STEIDL & STEINBERG
                                                          Suite 2830 – Gulf Tower
                                                          707 Grant Street
                                                          Pittsburgh, PA  15219
                                                          (412) 391-8000
                                                          chris.frye@steidl-steinberg.com
                                                          PA I.D. No. 208402

```
Label Matrix for local noticing          American Express National Bank          Amex
0315-2                                   c/o Becket and Lee LLP                  Correspondence/Bankruptcy
Case 20-20159-CMB                        PO Box 3001                             Po Box 981540
WESTERN DISTRICT OF PENNSYLVANIA         Malvern  PA 19355-0701                  El Paso, TX 79998-1540
Pittsburgh
Wed Jan 17 09:39:12 EST 2024

Amex                                     Bank of America                         Bank of America
P.o. Box 981537                          4909 Savarese Circle                    Po Box 982238
El Paso, TX 79998-1537                   Fl1-908-01-50                           El Paso, TX 79998-2238
                                         Tampa, FL 33634-2413


Bank of America, N.A.                    CBNA                                    Cabelas Capital One
P O Box 982284                           Po Box 6217                             Attn Payment Processing
El Paso, TX 79998-2284                   Sioux Falls, SD 57117-6217              PO Box 71083
                                                                                 Charlotte, NC 28272-1083


Capital One Bank (USA), N.A.             Capital One Bank USA                    Capital One, N.A.
by American InfoSource as agent          PO Box 30285                            c/o Becket and Lee LLP
PO Box 71083                             Salt Lake City, UT 84130-0285           PO Box 3001
Charlotte, NC  28272-1083                                                        Malvern PA 19355-0701


Cbna                                     (p)JPMORGAN CHASE BANK  N A             Citibank
Attn: Centralized Bankruptcy             BANKRUPTCY MAIL INTAKE TEAM             Attn: Recovery/Centralized Bankruptcy
Po Box 790034                            700 KANSAS LANE FLOOR 01                Po Box 790034
St Louis, MO 63179-0034                  MONROE LA 71203-4774                    St Louis, MO 63179-0034


Citibank                                 Citibank, N.A.                          Citibank/Sunoco
Po Box 6217                              5800 S Corporate Pl                     Attn: Bankruptcy
Sioux Falls, SD 57117-6217               Sioux Falls, SD  57108-5027             Po Box 790034
                                                                                 St Louis, MO 63179-0034


Citibank/Sunoco                          Citibank/The Home Depot                 Citibank/The Home Depot
Po Box 6497                              Attn: Recovery/Centralized Bankruptcy   Po Box 6497
Sioux Falls, SD 57117-6497               Po Box 790034                           Sioux Falls, SD 57117-6497
                                         St Louis, MO 63179-0034


Clearview Federal Credit Union           Comenity Bank                           Comenity Bank
8805 University Boulevard                Attn: Bankruptcy                        Po Box 182789
Moon Township, PA 15108-4212             Po Box 182125                           Columbus, OH 43218-2789
                                         Columbus, OH 43218-2125


Comenity Capital/Davids Bridal           Comenity Capital/Davids Bridal          Discover Bank
Attn: Bankruptcy Dept                    Po Box 182120                           Discover Products Inc
Po Box 182125                            Columbus, OH 43218-2120                 PO Box 3025
Columbus, OH 43218-2125                                                          New Albany, OH  43054-3025


(p)DISCOVER FINANCIAL SERVICES LLC       Educational Credit Management Corporation   Elizur
PO BOX 3025                              PO Box 16408                            9800 A. McKnight Road
NEW ALBANY OH 43054-3025                 St. Paul, MN 55116-0408                 Pittsburgh, PA 15237-6032
```

```
First Bank Card/Sheetz              First National Bank                 (p)FIRST NATIONAL BANK OF OMAHA
PO Box 2557                         4140 E State St                     1620 DODGE ST
Omaha, NE 68103-2557                Hermitage, PA 16148-3401            STOP CODE 3113
                                                                        OMAHA NE 68102-1593


First National Bank                 First National Bank of Pennsylvania Christopher M. Frye
Attn: Bankruptcy                    4140 E. State Street                Steidl & Steinberg
4140 East State Street              Hermitage, PA 16148-3401            Suite 2830 Gulf Tower
Hermitage, PA 16148-3401                                                707 Grant Street
                                                                        Pittsburgh, PA 15219-1908


Huntington National Bank            Huntington Natl Bk                  JPMorgan Chase Bank, N.A.
Po Box 1558                         Attn: Bankruptcy                    s/b/m/t Chase Bank USA, N.A.
Columbus, OH 43216-1558             P.O. Box 340996                     c/o Robertson, Anschutz & Schneid, P.L.
                                    Columbus, OH 43234-0996             6409 Congress Avenue, Suite 100
                                                                        Boca Raton, FL 33487-2853


(p)JEFFERSON CAPITAL SYSTEMS LLC    Kohls/Capital One                   Kohls/Capital One
PO BOX 7999                         Attn: Credit Administrator          Po Box 3115
SAINT CLOUD MN 56302-7999           Po Box 3043                         Milwaukee, WI 53201-3115
                                    Milwaukee, WI 53201-3043


LVNV Funding LLC                    LVNV Funding, LLC                   Navient
PO Box 10587                        Resurgent Capital Services          Attn: Bankruptcy
Greenville, SC 29603-0587           PO Box 10587                        Po Box 9640
                                    Greenville, SC 29603-0587           Wilkes-Barre, PA 18773-9640


Navient                             Navient Solutions, LLC. on behalf of Brian Nicholas
Po Box 9500                         PHEAA                               KML Law Group, P.C.
Wilkes Barre, PA 18773-9500         PO BOX 8147                         701 Market Street
                                    Harrisburg, PA 17105-8147           Suite 5000
                                                                        Philadelphia, PA 19106-1541


Office of the United States Trustee PRA Receivables Management, LLC     Pennsylvania Department of Revenue
1000 Liberty Avenue                 PO Box 41021                        Bankruptcy Division
Suite 1316                          Norfolk, VA 23541-1021              P.O. Box 280946
Pittsburgh, PA 15222-4013                                               Harrisburg, PA 17128-0946


Pennsylvania Dept. of Revenue       Pennymac Loan Services              Pennymac Loan Services
Department 280946                   Correspondence Unit/Bankruptcy      Po Box 514387
P.O. Box 280946                     Po Box 514387                       Los Angeles, CA 90051-4387
ATTN: BANKRUPTCY DIVISION           Los Angeles, CA 90051-4387
Harrisburg, PA 17128-0946


Pennymac Loan Services, LLC         Peoples Natural Gas Company LLC     (p)PORTFOLIO RECOVERY ASSOCIATES LLC
P.O. BOX 2410                       c/o S. James Wallace, P.C.          PO BOX 41067
MOORPARK, CA 93020-2410             845 N. Lincoln Ave.                 NORFOLK VA 23541-1067
                                    Pittsburgh, PA 15233-1828


Quantum3 Group LLC as agent for     Quantum3 Group LLC as agent for     Anthony V. Rocco
Comenity Bank                       Comenity Capital Bank               6818 Ridge Avenue
PO Box 788                          PO Box 788                          Finleyville, PA 15332-1016
Kirkland, WA  98083-0788            Kirkland, WA  98083-0788
```

Stacie L. Rocco
6818 Ridge Avenue
Finleyville, PA 15332-1016

Thomas Song
Phelan Hallinan Diamond & Jones, LLP
1617 JFK Boulevard
Suite 1400
Philadelphia, PA 19103-1814

Synchrony Bank
by AIS InfoSource, LP as agent
4515 N Santa Fe Ave
Oklahoma City, OK 73118-7901


Synchrony Bank by AIS InfoSource, LP as agen
4515 N Santa Fe Ave
Oklahoma City, OK 73118-7901

Synchrony Bank/ Dick's Sporting Goods
P.o. Box 965005
Orlando, FL 32896-5005

Synchrony Bank/Care Credit
Attn:  Bankruptcy Dept
Po Box 965060
Orlando, FL 32896-5060


Synchrony Bank/Care Credit
C/o Po Box 965036
Orlando, FL 32896-0001

Synchrony Bank/Mens Wearhouse
Attn:  Bankruptcy Dept
Po Box 965060
Orlando, FL 32896-5060

Synchrony Bank/Mens Wearhouse
Po Box 965005
Orlando, FL 32896-5005


Synchrony Bank/Old Navy
Attn:  Bankruptcy Dept
Po Box 965060
Orlando, FL 32896-5060

Synchrony Bank/Old Navy
Po Box 965005
Orlando, FL 32896-5005

Synchrony Bank/TJX
Attn:  Bankruptcy Dept
Po Box 965060
Orlando, FL 32896-5060


Synchrony Bank/TJX
Po Box 965015
Orlando, FL 32896-5015

THE HUNTINGTON NATIONAL BANK
PO BOX 889424
CLEVELAND, OH 44101-8539

Tri Community South EMS
Po Box 8
Indiana, PA 15701-0008


UPMC Health Services
PO Box 1123
Minneapolis MN 55440-1123

UPMC Health Services
PO Box 371472
Pittsburgh, PA 15250-7472

S. James Wallace
GRB Law
525 William Penn Place
Suite 3110
Pittsburgh, PA 15219-1753


Walmart Capital One
Po Box 71083
Charlotte, NC 28272-1083

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219-2702

World's Foremost Bank
4800 Nw 1st Street
Lincoln, NE 68521-4463


World's Foremost Bank
Attn: Bankruptcy
4800 Nw 1st St
Lincoln, NE 68521-4463


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Chase Card Services
Attn: Bankruptcy
Po Box 15298
Wilmington, DE 19850

(d)Chase Card Services
Po Box 15369
Wilmington, DE 19850

Discover Financial
Attn: Bankruptcy Department
Po Box 15316
Wilmington, DE 19850

| | | |
|---|---|---|
| (d)Discover Financial<br>Pob 15316<br>Wilmington, DE 19850 | First National Bank<br>Attn: Bankruptcy<br>1620 Dodge St Mailstop 4440<br>Omaha, NE 68197 | (d)First National Bank<br>P.o. Box 3412<br>Omaha, NE 68197 |
| (d)First National Bank of Omaha<br>1620 Dodge St., Stop Code 3129<br>Omaha, NE 68197 | Jefferson Capital Systems LLC<br>Po Box 7999<br>Saint Cloud Mn 56302-9617 | Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk VA 23541 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Educational Credit Management Corporation<br>P.O. Box 16408<br>St. Paul, MN 55116-0408 | (d)LVNV Funding LLC<br>PO Box 10587<br>Greenville, SC 29603-0587 | (u)Pennymac Loan Services, LLC |

End of Label Matrix
Mailable recipients    81
Bypassed recipients     3
Total                  84