IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Case No. 20-20159 CMB |
| | ) | Chapter 13 |
| Anthony V. Rocco | ) | Related Docket No. 54 & 77 |
| Stacie L. Rocco, | ) | |
|    *Debtor(s)* | ) | |
| | ) | |
| | ) | |
| Anthony V. Rocco | ) | |
| Stacie L. Rocco, | ) | |
|    *Movant(s)* | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Ronda J. Winnecour, Esq., Trustee, | ) | |
|    *Respondent(s)* | ) | |

## CONSENT ORDER AMENDING CONFIRMATION ORDER DATED AUGUST 4, 2020

AND NOW, come the Debtors and the Chapter 13 Standing Trustee, through counsel, and aver the following:

WHEREAS:

1. This case was filed on January 15, 2020.
2. The Debtors sought an order permitting post-petition vehicle financing. That order was entered on January 8, 2024 at Doc. 77.
3. Debtors were approved for financing through Clearview Federal Credit Union. The monthly payment is $447.00 and the first payment is due by February 25, 2024. The Debtors will provide the Trustee with the account number.
4. Debtors have filed an amended plan to include the new obligation, but the confirmation hearing scheduled for February 22, 2024.
5. Debtors are desirous of making adequate protection payments pending confirmation of the newer amended plan.
6. The Debtors' wage attachment will be amended to adequately fund and provide for the newer amended plan figure.
7. The Trustee expects to hold sufficient funds to make the adequate protection payments without impact on existing creditors.

IT IS AGREED AND ORDERED:

1. The August 4, 2020, order confirming Debtors' plan dated June 8, 2020, is hereby amended to include, under Part "1.H." the following: The

    Trustee is authorized to pay adequate protection payments to Clearview Federal Credit Union in the monthly sum of $447.00 beginning with the first payment due February 25, 2024, and each month thereafter until further Order of Court.

2. The Trustee is authorized to disburse this adequate protection payment in the next distribution cycle practicable and each monthly cycle thereafter pending confirmation of the pending plan.

Consented to:

/s/ Christopher M. Frye
Christopher M. Frye
Attorney for Debtor

/s/ Kate DeSimone
Kate DeSimone
Attorney for Trustee

                SO ORDERED
                January 19, 2024

                *[signature]* jah
                Carlota M. Böhm, Judge
                United States Bankruptcy Court

                FILED
                1/19/24 10:55 am
                CLERK
                U.S. BANKRUPTCY
                COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-20159-CMB |
| Anthony V. Rocco | Chapter 13 |
| Stacie L. Rocco | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Jan 19, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 21, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Anthony V. Rocco, Stacie L. Rocco, 6818 Ridge Avenue, Finleyville, PA 15332-1016 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 21, 2024     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 19, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | |
| | on behalf of Creditor Pennymac Loan Services  LLC bnicholas@kmllawgroup.com |
| Christopher M. Frye | |
| | on behalf of Joint Debtor Stacie L. Rocco chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com |
| Christopher M. Frye | |
| | on behalf of Debtor Anthony V. Rocco chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com |
| Office of the United States Trustee | |
| | ustpregion03.pi.ecf@usdoj.gov |

District/off: 0315-2     User: auto     Page 2 of 2
Date Rcvd: Jan 19, 2024     Form ID: pdf900     Total Noticed: 1

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com Equitablebankruptcy@peoples-gas.com

Thomas Song
    on behalf of Creditor Pennymac Loan Services LLC pawb@fedphe.com

TOTAL: 7