IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Anthony V. Rocco and ) | Bankruptcy No. 20-20159-CMB |
| Stacie L. Rocco, ) | Chapter 13 |
|     Debtor(s) ) | Related to Document No(s). 85 |
| ) | |
| Stacie L. Rocco ) | |
|     Movant(s) ) | |
| ) | |
| vs. ) | |
| ) | |
| Beverly Heating & Cooling, Inc., ) | |
| Ronda J. Winnecour, Trustee ) | |
|     Respondent(s) ) | |

## CERTIFICATE OF SERVICE

I, Anna J. Mattish, Pittsburgh, PA 15219 certify as follows:

That I am and at all times hereinafter mentioned was more than 18 years of age and that on January 25, 2024 I served a copy of:

**AMENDED ORDER TO PAY TRUSTEE PURSUANT TO WAGE ATTACHMENT**

ON:

Beverly Heating & Cooling, Inc.
Attn: Payroll
3044 Industrial Boulevard
Bethel Park, PA 15102

Ronda J. Winnecour, Trustee - via ECF Mail

BY:    Regular First-Class U.S. Mail, unless otherwise noted

I certify under the penalty of perjury that the foregoing is true and correct.

Date: January 25, 2024            /s/ Anna J. Mattish
                                                        Anna J. Mattish
                                                        STEIDL & STEINBERG
                                                        707 Grant Street, Suite 2830
                                                        Pittsburgh, PA 15219
                                                        (412) 391-8000