**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>  ANTHONY V. ROCCO<br>STACIE L. ROCCO<br>          Debtor(s)<br>  Ronda J. Winnecour, Trustee<br>    Movant<br>          vs.<br>  ANTHONY V. ROCCO<br>STACIE L. ROCCO<br><br>          Respondents | Case No. 20-20159CMB<br><br><br>Chapter 13<br><br><br>Document No. 96 |

**ORDER TO STOP PAYROLL DEDUCTIONS**

AND NOW, this __21st__ day of __February__, 20__25__, it is hereby ORDERED, ADJUDGED, and DECREED that,

Beverly Heating & Cooling<br>
Attn: Payroll Managerf<br>
3044 Industrial Blvd<br>
Bethel Park, PA 15102

is hereby ordered to immediately terminate the attachment of the wages of STACIE L. ROCCO, social security number XXX-XX-9750. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of STACIE L. ROCCO.

BY THE COURT:

cc: Debtor(s)
    Debtor(s) Attorney

_Carlota M. Böhm_   glb
Carlota M. Böhm
United States Bankruptcy Judge

SIGNED
2/21/25 8:37 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Anthony V. Rocco  
Stacie L. Rocco  
    Debtors

Case No. 20-20159-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 2  
Date Rcvd: Feb 21, 2025      Form ID: pdf900      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 23, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Anthony V. Rocco, Stacie L. Rocco, 6818 Ridge Avenue, Finleyville, PA 15332-1016 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 23, 2025      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 21, 2025 at the address(es) listed below:

**Name**      **Email Address**

Brent J. Lemon  
     on behalf of Creditor Pennymac Loan Services  LLC blemon@kmllawgroup.com, lemondropper75@hotmail.com

Christopher M. Frye  
     on behalf of Debtor Anthony V. Rocco chris.frye@steidl-steinberg.com
julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com

Christopher M. Frye  
     on behalf of Joint Debtor Stacie L. Rocco chris.frye@steidl-steinberg.com
julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com

Denise Carlon  
     on behalf of Creditor Pennymac Loan Services  LLC dcarlon@kmllawgroup.com

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Feb 21, 2025 | Form ID: pdf900 | Total Noticed: 1 |

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com Equitablebankruptcy@peoples-gas.com

Thomas Song
    on behalf of Creditor Pennymac Loan Services LLC pawb@fedphe.com

TOTAL: 8