IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Anthony V. Rocco | ) | Bankruptcy No. 20-20159-CMB |
| Stacie L. Rocco, | ) | Chapter 13 |
| | ) | |
| Debtor | ) | |
| | ) | Related to: Document No. 101 |
| Steidl & Steinberg, P.C. | ) | |
| | ) | |
| Movant | ) | **ENTERED BY DEFAULT** |
| | ) | |
| vs. | ) | |
| | ) | |
| Office of the U.S. Trustee, Ronda J. | ) | |
| Winnecour, Trustee, | ) | |
| | ) | |
| Respondents | ) | |

**ORDER OF COURT**

AND NOW, to-wit this ___18th___ day of ___March___, 2025, after consideration of the Application for Final Compensation by Counsel for Debtor it is hereby ORDERED, ADJUDGED and DECREED that:

1) The Application for Final Compensation is approved in the additional amount of $2,195.00 for work performed in the Chapter 13 case by Debtor's counsel from December 23, 2019 to February 24, 2025.

2) The Debtor paid counsel for administrative costs and expenses totaling $500.00 prior to case filing. Expenses reimbursement of $0.00 is being requested here.

3) Before the approval of this Fee Application, the Debtors' counsel was paid a $1,135.00 retainer prior to filing and has been paid $2,865.00 by the Chapter 13 Trustee for the remainder of the no-look fee. With the approval of this Fee Application, the total amount of allowed fees in this case for Debtors' counsel is $6,195.00, provided, however, the

total to be paid through the Plan by the Trustee is $5,060.00, representing the $2,865.00 remainder of the no-look fee as set forth above, and an additional $2,195.00 to be paid from any funds the Chapter 13 Trustee may have on hand after the goals of the Plan are achieved, but before a Debtor Refund is issued.

4) The fees requested will not decrease the amount to be paid to other creditors being paid through the Chapter 13 Plan.

5) The clerk shall record the total compensation as $6,195.00, provided only $5,060.00 is to be paid through the Trustee under the Plan.

IT IS SO ORDERED:

_____  glb
Carlota M. Böhm
United States Bankruptcy Judge

    SIGNED
    3/18/25 9:20 am
    CLERK
    U.S. BANKRUPTCY
    COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 20-20159-CMB
Anthony V. Rocco  Chapter 13
Stacie L. Rocco
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2    User: auto    Page 1 of 2
Date Rcvd: Mar 18, 2025    Form ID: pdf900    Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 20, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Anthony V. Rocco, Stacie L. Rocco, 6818 Ridge Avenue, Finleyville, PA 15332-1016 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 20, 2025    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 18, 2025 at the address(es) listed below:

**Name    Email Address**

Brent J. Lemon
    on behalf of Creditor Pennymac Loan Services  LLC blemon@kmllawgroup.com, lemondropper75@hotmail.com

Christopher M. Frye
    on behalf of Debtor Anthony V. Rocco chris.frye@steidl-steinberg.com
    julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com

Christopher M. Frye
    on behalf of Joint Debtor Stacie L. Rocco chris.frye@steidl-steinberg.com
    julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com

Denise Carlon
    on behalf of Creditor Pennymac Loan Services  LLC dcarlon@kmllawgroup.com

| District/off: 0315-2 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Mar 18, 2025 | Form ID: pdf900 | Total Noticed: 1 |

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com Equitablebankruptcy@peoples-gas.com

Thomas Song
    on behalf of Creditor Pennymac Loan Services LLC pawb@fedphe.com

TOTAL: 8