IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | |
| **Anthony V. Rocco** | ) | **Case No. 20-20159-CMB** |
| **Stacie L. Rocco,** | ) | **Chapter 13** |
|     **Debtor(s)** | ) | |
| | ) | **Docket No.** |
| | ) | |
| | ) | |
| **Anthony V. Rocco** | ) | |
| **Stacie L. Rocco,** | ) | |
|     **Movant(s)** | ) | |
| | ) | |
|     vs. | ) | |
| | ) | |
| **No Respondent(s)** | ) | |
| | ) | |

## DEBTORS' CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtors have made all payments required by the Chapter 13 Plan.

2. Include whichever one of the two following statements applies:
   The Debtors are not required to pay any Domestic Support Obligations.

3. The Debtors are entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtors have not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtors ineligible for a discharge.

4. On April 16, 2020 at docket number 30 and 31, the Debtors complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Post-Petition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

   This Certification is being signed under penalty of perjury by (*include whichever one of the two following statements applies):* Undersigned Counsel duly questioned Debtor(s) about the statements in this Certification and verified the answers in support of this Certification.

                    Respectfully submitted,

<u>May 28, 2025</u>                <u>/s/ Christopher M. Frye</u>
DATE                            Christopher M. Frye, Esquire
                                  Attorney for the Debtor(s)

                    STEIDL & STEINBERG
                    436 Seventh Avenue
                    Suite 322
                    Pittsburgh, PA  15219
                    (412) 391-8000
                    chris.frye@steidl-steinberg.com
                    PA I.D. No. 208402

**PAWB Local Form 24 (07/13)**