## IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

ANTHONY V. ROCCO
STACIE L. ROCCO
       Debtor(s)

Ronda J. Winnecour
Chapter 13 Trustee,
       Movant
    vs.
No Respondents.

Case No.:20-20159

Chapter 13

Document No.:

## CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR
## AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,

2. Approve the Trustee's Report of Receipts and Disbursements,

3. Terminate wage attachments,

4. Revest property of the estate in the debtor(s), and

5. Enter a final decree and close this case.

May 23, 2025

/s/  Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

    1.  The case was filed on 01/15/2020  and confirmed on 3/2/20 .  The case was subsequently     Completed After Confirmation

    2. The Trustee made the following disbursements.

| | | |
|---|---|---|
| Total Receipts | | 107,851.08 |
| Less Refunds to Debtor | 1,551.11 | |
| TOTAL AMOUNT OF PLAN FUND | | 106,299.97 |

| Administrative Fees | | |
|---|---|---|
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 5,060.00 | |
| Trustee Fee | 5,591.62 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 10,651.62 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Secured** | | | | |
| PENNYMAC LOAN SERVICES LLC | 0.00 | 48,933.26 | 0.00 | 48,933.26 |
| Acct: 7466 | | | | |
| PENNYMAC LOAN SERVICES LLC | 297.34 | 297.34 | 0.00 | 297.34 |
| Acct: 7466 | | | | |
| FIRST NATIONAL BANK OF PA(*) | 1,771.54 | 1,771.54 | 181.66 | 1,953.20 |
| Acct: 8195 | | | | |
| HUNTINGTON NATIONAL BANK(*) | 5,233.45 | 5,233.45 | 293.64 | 5,527.09 |
| Acct: 6315 | | | | |
| | | | | 56,710.89 |
| **Priority** | | | | |
| CHRISTOPHER M FRYE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ANTHONY V. ROCCO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ANTHONY V. ROCCO | 1,551.11 | 1,551.11 | 0.00 | 0.00 |
| Acct: | | | | |
| STEIDL & STEINBERG PC | 2,865.00 | 2,865.00 | 0.00 | 0.00 |
| Acct: | | | | |
| STEIDL & STEINBERG PC | 2,195.00 | 2,195.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXXXXXXXXXXXXXXXXX4-25 | | | | |
| CLEARVIEW FCU** | 0.00 | 25,365.00 | 0.00 | 25,365.00 |
| Acct: 8345 | | | | |
| CLEARVIEW FCU** | 0.00 | 6,258.00 | 0.00 | 6,258.00 |
| Acct: 8345 | | | | |
| | | | | 31,623.00 |
| **Unsecured** | | | | |
| AMERICAN EXPRESS NATIONAL BANK | 1,069.25 | 62.34 | 0.00 | 62.34 |
| Acct: 1002 | | | | |
| BANK OF AMERICA NA** | 9,745.08 | 568.14 | 0.00 | 568.14 |
| Acct: 8766 | | | | |
| BANK OF AMERICA NA** | 2,910.20 | 169.66 | 0.00 | 169.66 |
| Acct: 8777 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES LL | 6,897.49 | 402.12 | 0.00 | 402.12 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
| Acct: 3944 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC | 1,844.35 | 107.53 | 0.00 | 107.53 |
| Acct: 2739 | | | | |
| CITIBANK NA** | 6,618.04 | 385.83 | 0.00 | 385.83 |
| Acct: 3826 | | | | |
| JPMORGAN CHASE BANK NA S/B/M/T CH | 3,975.13 | 231.75 | 0.00 | 231.75 |
| Acct: 2503 | | | | |
| JPMORGAN CHASE BANK NA S/B/M/T CH | 3,318.29 | 193.46 | 0.00 | 193.46 |
| Acct: 3225 | | | | |
| JPMORGAN CHASE BANK NA S/B/M/T CH | 2,089.37 | 121.81 | 0.00 | 121.81 |
| Acct: 4399 | | | | |
| CITIBANK NA** | 5,368.99 | 313.01 | 0.00 | 313.01 |
| Acct: 7059 | | | | |
| CITIBANK NA** | 2,920.90 | 170.29 | 0.00 | 170.29 |
| Acct: 7368 | | | | |
| LVNV FUNDING LLC | 1,832.37 | 106.83 | 0.00 | 106.83 |
| Acct: 3225 | | | | |
| CITIBANK NA** | 238.97 | 13.93 | 0.00 | 13.93 |
| Acct: 3392 | | | | |
| THD/CBSD | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3475 | | | | |
| QUANTUM3 GROUP LLC AGNT - COMENI | 6,639.85 | 387.10 | 0.00 | 387.10 |
| Acct: 5903 | | | | |
| QUANTUM3 GROUP LLC - AGENT COMEN | 54.30 | 3.17 | 0.00 | 3.17 |
| Acct: 5690 | | | | |
| DISCOVER BANK(*) | 6,739.75 | 392.93 | 0.00 | 392.93 |
| Acct: 1086 | | | | |
| DISCOVER BANK(*) | 4,250.17 | 247.78 | 0.00 | 247.78 |
| Acct: 6110 | | | | |
| ELIZUR CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3034 | | | | |
| FIRST BANKCARD CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8835 | | | | |
| FIRST NATIONAL BANK OF PA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0216 | | | | |
| FIRST NATIONAL BANK OF OMAHA(*) | 1,599.37 | 93.24 | 0.00 | 93.24 |
| Acct: 8835 | | | | |
| CAPITAL ONE NA** | 2,508.52 | 146.25 | 0.00 | 146.25 |
| Acct: 4416 | | | | |
| ECMC(*) | 19,872.66 | 1,158.58 | 0.00 | 1,158.58 |
| Acct: 9750 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 3,567.40 | 207.98 | 0.00 | 207.98 |
| Acct: 5730 | | | | |
| SYNCHRONY BANK BY AIS INFOSOURCE | 233.13 | 13.59 | 0.00 | 13.59 |
| Acct: 1549 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 349.04 | 20.35 | 0.00 | 20.35 |
| Acct: 6565 | | | | |
| SYNCHRONY BANK** | 6,186.34 | 360.66 | 0.00 | 360.66 |
| Acct: 2741 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 5,293.79 | 308.63 | 0.00 | 308.63 |
| Acct: 2933 | | | | |
| LVNV FUNDING LLC | 4,653.37 | 271.29 | 0.00 | 271.29 |
| Acct: 2732 | | | | |
| TRI COMMUNITY SOUTH EMS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0893 | | | | |
| UPMC HEALTH SERVICES | 10,050.00 | 585.92 | 0.00 | 585.92 |
| Acct: 8106 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC | 586.39 | 34.19 | 0.00 | 34.19 |
| Acct: 8696 | | | | |
| WORLDS FOREMOST BANK | 0.00 | 0.00 | 0.00 | 0.00 |

20-20159                                                                    Page 3 of 3

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|---|
| Unsecured | | | | | |
| | Acct: 3944 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES LL | 4,049.78 | 236.10 | 0.00 | 236.10 |
| | Acct: 7301 | | | | |
| | AMERICAN EXPRESS NATIONAL BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5730 | | | | |
| | PHELAN HALLINAN DIAMOND & JONES L | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | STEVE FISHER | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | GRB LAW** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | | | | | 7,314.46 |

TOTAL PAID TO CREDITORS                                                        95,648.35

TOTAL CLAIMED
PRIORITY              0.00
SECURED          7,302.33
UNSECURED      125,462.29

Date: 05/23/2025

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    ANTHONY V. ROCCO
    STACIE L. ROCCO
         Debtor(s)

    Ronda J. Winnecour
         Movant
         vs.
    No Repondents.

Case No.:20-20159

Chapter 13

Document No.:

ORDER OF COURT

  AND NOW, this _____ day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 20-20159-CMB

Anthony V. Rocco                                                          Chapter 13

Stacie L. Rocco

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2                          User: auto                              Page 1 of 5

Date Rcvd: May 27, 2025                       Form ID: pdf900                         Total Noticed: 75

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 29, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Anthony V. Rocco, Stacie L. Rocco, 6818 Ridge Avenue, Finleyville, PA 15332-1016 |
| 15184305 | + | Elizur, 9800 A. McKnight Road, Pittsburgh, PA 15237-6032 |
| 15184333 | | Tri Community South EMS, Po Box 8, Indiana, PA 15701-0008 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 28 2025 03:57:49 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | | Email/Text: ebnpeoples@grblaw.com | May 28 2025 03:49:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15198828 | | Email/PDF: bncnotices@becket-lee.com | May 28 2025 03:56:25 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15184273 | + | Email/PDF: bncnotices@becket-lee.com | May 28 2025 04:08:21 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 15184272 | + | Email/PDF: bncnotices@becket-lee.com | May 28 2025 03:56:37 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 15184274 | + | Email/Text: creditcardbkcorrespondence@bofa.com | May 28 2025 03:49:00 | Bank of America, Po Box 982238, El Paso, TX 79998-2238 |
| 15184276 | + | Email/Text: creditcardbkcorrespondence@bofa.com | May 28 2025 03:49:00 | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 15212221 | + | Email/Text: mortgagebkcorrespondence@bofa.com | May 28 2025 03:50:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 15184280 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 28 2025 04:08:21 | CBNA, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15184278 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 28 2025 04:19:01 | Cabelas Capital One, Attn Payment Processing, PO Box 71083, Charlotte, NC 28272-1083 |
| 15197271 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 28 2025 04:08:09 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15184279 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 28 2025 04:08:36 | Capital One Bank USA, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15204743 | | Email/PDF: bncnotices@becket-lee.com | May 28 2025 04:08:20 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15184281 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 28 2025 04:19:06 | Cbna, Attn: Centralized Bankruptcy, Po Box |

District/off: 0315-2                              User: auto                                    Page 2 of 5
Date Rcvd: May 27, 2025                          Form ID: pdf900                               Total Noticed: 75

|  |  |  |  |
|---|---|---|---|
|  |  |  | 790034, St Louis, MO 63179-0034 |
| 15184282 | + | Email/PDF: ais.chase.ebn@aisinfo.com | |
|  |  | May 28 2025 04:08:19 | Chase Card Services, Po Box 15369, Wilmington, DE 19850-5369 |
| 15184285 | + | Email/PDF: ais.chase.ebn@aisinfo.com | |
|  |  | May 28 2025 04:19:01 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850-5298 |
| 15184287 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | |
|  |  | May 28 2025 04:08:06 | Citibank, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15184290 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | |
|  |  | May 28 2025 04:08:11 | Citibank, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 15211454 |  | Email/PDF: Citi.BNC.Correspondence@citi.com | |
|  |  | May 28 2025 04:08:04 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15184293 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | |
|  |  | May 28 2025 04:08:20 | Citibank/Sunoco, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15184294 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | |
|  |  | May 28 2025 04:08:20 | Citibank/Sunoco, Attn: Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 15184296 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | |
|  |  | May 28 2025 04:08:34 | Citibank/The Home Depot, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 15184295 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | |
|  |  | May 28 2025 04:08:04 | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15251540 | + | Email/Text: bankruptcy@clearviewfcu.org | |
|  |  | May 28 2025 03:50:00 | Clearview Federal Credit Union, 8805 University Boulevard, Moon Township, PA 15108-4212 |
| 15184298 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | |
|  |  | May 28 2025 03:50:00 | Comenity Bank, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15184297 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | |
|  |  | May 28 2025 03:50:00 | Comenity Bank, Po Box 182789, Columbus, OH 43218-2789 |
| 15184300 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | |
|  |  | May 28 2025 03:50:00 | Comenity Capital/Davids Bridal, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 15184299 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | |
|  |  | May 28 2025 03:50:00 | Comenity Capital/Davids Bridal, Po Box 182120, Columbus, OH 43218-2120 |
| 15184303 |  | Email/Text: mrdiscen@discover.com | |
|  |  | May 28 2025 03:49:00 | Discover Financial, Attn: Bankruptcy Department, Po Box 15316, Wilmington, DE 19850 |
| 15184301 |  | Email/Text: mrdiscen@discover.com | |
|  |  | May 28 2025 03:49:00 | Discover Financial, Pob 15316, Wilmington, DE 19850 |
| 15187319 |  | Email/Text: mrdiscen@discover.com | |
|  |  | May 28 2025 03:49:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15263102 |  | Email/Text: ECMCBKNotices@ecmc.org | |
|  |  | May 28 2025 03:50:00 | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 15184312 |  | Email/Text: collecadminbankruptcy@fnni.com | |
|  |  | May 28 2025 03:50:00 | First National Bank, Attn: Bankruptcy, 1620 Dodge St Mailstop 4440, Omaha, NE 68197 |
| 15184309 |  | Email/Text: collecadminbankruptcy@fnni.com | |
|  |  | May 28 2025 03:50:00 | First National Bank, P.o. Box 3412, Omaha, NE 68197 |
| 15189753 |  | Email/Text: collecadminbankruptcy@fnni.com | |
|  |  | May 28 2025 03:50:00 | First National Bank of Omaha, 1620 Dodge St., Stop Code 3129, Omaha, NE 68197 |
| 15184306 |  | Email/Text: collecadminbankruptcy@fnni.com | |
|  |  | May 28 2025 03:50:00 | First Bank Card/Sheetz, PO Box 2557, Omaha, NE 68103-2557 |
| 15184310 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | |
|  |  | May 28 2025 03:49:00 | First National Bank, Attn: Bankruptcy, 4140 East State Street, Hermitage, PA 16148-3401 |
| 15184307 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | |
|  |  | May 28 2025 03:49:00 | First National Bank, 4140 E State St, Hermitage, PA 16148-3401 |
| 15184308 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | |

District/off: 0315-2                          User: auto                                    Page 3 of 5
Date Rcvd: May 27, 2025                       Form ID: pdf900                          Total Noticed: 75

|  |  | May 28 2025 03:49:00 | First National Bank of Pennsylvania, 4140 E. State Street, Hermitage, PA 16148-3401 |
| 15184313 | + Email/Text: bankruptcy@huntington.com | May 28 2025 03:50:00 | Huntington National Bank, Po Box 1558, Columbus, OH 43216-1558 |
| 15184314 | + Email/Text: bankruptcy@huntington.com | May 28 2025 03:50:00 | Huntington Natl Bk, Attn: Bankruptcy, P.O. Box 340996, Columbus, OH 43234-0996 |
| 15216779 | Email/Text: JCAP_BNC_Notices@jcap.com | May 28 2025 03:50:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15202686 | + Email/Text: RASEBN@raslg.com | May 28 2025 03:49:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15184316 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | May 28 2025 04:08:08 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 15184315 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | May 28 2025 04:08:08 | Kohls/Capital One, Po Box 3115, Milwaukee, WI 53201-3115 |
| 15604015 | + Email/PDF: resurgentbknotifications@resurgent.com | May 28 2025 04:08:19 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15219810 | Email/PDF: resurgentbknotifications@resurgent.com | May 28 2025 04:08:04 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15184318 | + Email/PDF: Bankruptcy_Prod@mohela.com | May 28 2025 04:08:31 | Navient, Attn: Bankruptcy, Po Box 9640, Wilkes-Barre, PA 18773-9640 |
| 15184317 | + Email/PDF: Bankruptcy_Prod@mohela.com | May 28 2025 04:08:34 | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 15196014 | + Email/Text: bncnotifications@pheaa.org | May 28 2025 03:49:00 | Navient Solutions, LLC. on behalf of, PHEAA, PO BOX 8147, Harrisburg, PA 17105-8147 |
| 15210716 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 28 2025 04:08:19 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15184319 | + Email/PDF: ebnotices@pnmac.com | May 28 2025 04:08:12 | Pennymac Loan Services, Po Box 514387, Los Angeles, CA 90051-4387 |
| 15184320 | + Email/PDF: ebnotices@pnmac.com | May 28 2025 04:08:01 | Pennymac Loan Services, Correspondence Unit/Bankruptcy, Po Box 514387, Los Angeles, CA 90051-4387 |
| 15221498 | + Email/PDF: ebnotices@pnmac.com | May 28 2025 03:57:05 | Pennymac Loan Services, LLC, P.O. BOX 2410, MOORPARK, CA 93020-2410 |
| 15219228 | Email/Text: bnc-quantum@quantum3group.com | May 28 2025 03:50:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15219227 | Email/Text: bnc-quantum@quantum3group.com | May 28 2025 03:50:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15184849 | + Email/PDF: acg.acg.ebn@aisinfo.com | May 28 2025 04:08:20 | Synchrony Bank, by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15184321 | + Email/PDF: ais.sync.ebn@aisinfo.com | May 28 2025 04:08:33 | Synchrony Bank/ Dick's Sporting Goods, P.o. Box 965005, Orlando, FL 32896-5005 |
| 15184323 | + Email/PDF: ais.sync.ebn@aisinfo.com | May 28 2025 03:57:22 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 15184322 | + Email/PDF: ais.sync.ebn@aisinfo.com | May 28 2025 03:56:52 | Synchrony Bank/Care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 15184326 | + Email/PDF: ais.sync.ebn@aisinfo.com | May 28 2025 04:08:36 | Synchrony Bank/Mens Wearhouse, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 15184325 | + Email/PDF: ais.sync.ebn@aisinfo.com | May 28 2025 04:19:04 | Synchrony Bank/Mens Wearhouse, Po Box |

District/off: 0315-2 | User: auto | Page 4 of 5
Date Rcvd: May 27, 2025 | Form ID: pdf900 | Total Noticed: 75

| | | | | |
|---|---|---|---|---|
| | | | | 965005, Orlando, FL 32896-5005 |
| 15184329 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | May 28 2025 04:19:01 | Synchrony Bank/Old Navy, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 15184327 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | May 28 2025 03:56:53 | Synchrony Bank/Old Navy, Po Box 965005, Orlando, FL 32896-5005 |
| 15184331 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | May 28 2025 04:08:27 | Synchrony Bank/TJX, Po Box 965015, Orlando, FL 32896-5015 |
| 15184332 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | May 28 2025 04:08:05 | Synchrony Bank/TJX, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 15187562 | | Email/Text: bankruptcy@huntington.com | | |
| | | | May 28 2025 03:50:00 | THE HUNTINGTON NATIONAL BANK, PO BOX 889424, CLEVELAND, OH 44101-8539 |
| 15184334 | ^ | MEBN | | |
| | | | May 28 2025 03:48:13 | UPMC Health Services, PO Box 371472, Pittsburgh, PA 15250-7472 |
| 15212769 | | Email/Text: BNCnotices@dcmservices.com | | |
| | | | May 28 2025 03:50:00 | UPMC Health Services, PO Box 1123, Minneapolis MN 55440-1123 |
| 15184335 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |
| | | | May 28 2025 03:56:37 | Walmart Capital One, Po Box 71083, Charlotte, NC 28272-1083 |
| 15184338 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |
| | | | May 28 2025 03:57:31 | World's Foremost Bank, Attn: Bankruptcy, 4800 Nw 1st St, Lincoln, NE 68521-4463 |
| 15184336 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |
| | | | May 28 2025 04:08:23 | World's Foremost Bank, 4800 Nw 1st Street, Lincoln, NE 68521-4463 |

TOTAL: 72

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Pennymac Loan Services, LLC |
| cr | * | Educational Credit Management Corporation, PO Box 16408, St. Paul, MN 55116-0408 |
| cr | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| cr | *+ | Synchrony Bank, by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15184275 | *+ | Bank of America, Po Box 982238, El Paso, TX 79998-2238 |
| 15184277 | *+ | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 15184283 | *+ | Chase Card Services, Po Box 15369, Wilmington, DE 19850-5369 |
| 15184284 | *+ | Chase Card Services, Po Box 15369, Wilmington, DE 19850-5369 |
| 15184286 | *+ | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850-5298 |
| 15184288 | *+ | Citibank, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15184289 | *+ | Citibank, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15184291 | *+ | Citibank, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 15184292 | *+ | Citibank, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 15184304 | *P++ | DISCOVER FINANCIAL SERVICES LLC, PO BOX 3025, NEW ALBANY OH 43054-3025, address filed with court:, Discover Financial, Attn: Bankruptcy Department, Po Box 15316, Wilmington, DE 19850 |
| 15184302 | *P++ | DISCOVER FINANCIAL SERVICES LLC, PO BOX 3025, NEW ALBANY OH 43054-3025, address filed with court:, Discover Financial, Pob 15316, Wilmington, DE 19850 |
| 15184311 | *+ | First National Bank, Attn: Bankruptcy, 4140 East State Street, Hermitage, PA 16148-3401 |
| 15218255 | *+ | Synchrony Bank, by AIS agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15184324 | *+ | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 15184330 | *+ | Synchrony Bank/Old Navy, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 15184328 | *+ | Synchrony Bank/Old Navy, Po Box 965005, Orlando, FL 32896-5005 |
| 15184339 | *+ | World's Foremost Bank, Attn: Bankruptcy, 4800 Nw 1st St, Lincoln, NE 68521-4463 |
| 15184337 | *+ | World's Foremost Bank, 4800 Nw 1st Street, Lincoln, NE 68521-4463 |

TOTAL: 1 Undeliverable, 21 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

District/off: 0315-2                                  User: auto                                   Page 5 of 5
Date Rcvd: May 27, 2025                         Form ID: pdf900                        Total Noticed: 75

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 29, 2025                          Signature:              /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 23, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Christopher M. Frye | on behalf of Debtor Anthony V. Rocco chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com |
| Christopher M. Frye | on behalf of Joint Debtor Stacie L. Rocco chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com |
| Denise Carlon | on behalf of Creditor Pennymac Loan Services  LLC dcarlon@kmllawgroup.com |
| Matthew Fissel | on behalf of Creditor Pennymac Loan Services  LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankrupcy@peoples-gas.com |
| Thomas Song | on behalf of Creditor Pennymac Loan Services  LLC pawb@fedphe.com |

TOTAL: 8