**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Anthony V. Rocco<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–8106<br>EIN  _ _ – _ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Stacie L. Rocco<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–9750<br>EIN  _ _ – _ _ _ _ _ _ _ |

United States Bankruptcy Court   WESTERN DISTRICT OF PENNSYLVANIA

Case number:   20–20159–CMB

## Order of Discharge                                                                                                          12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Anthony V. Rocco                                     Stacie L. Rocco
                                                     fka Stacie L. Fisher

7/18/25                                              **By the court:** Carlota M Bohm
                                                                            United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-20159-CMB |
| Anthony V. Rocco | Chapter 13 |
| Stacie L. Rocco | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 5 |
| Date Rcvd: Jul 18, 2025 | Form ID: 3180W | Total Noticed: 77 |

The following symbols are used throughout this certificate:

**Symbol**   **Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++   Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^   Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 20, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Anthony V. Rocco, Stacie L. Rocco, 6818 Ridge Avenue, Finleyville, PA 15332-1016 |
| 15184305 | + | Elizur, 9800 A. McKnight Road, Pittsburgh, PA 15237-6032 |
| 15184333 | | Tri Community South EMS, Po Box 8, Indiana, PA 15701-0008 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Jul 19 2025 04:01:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Jul 19 2025 04:01:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: PRA.COM | Jul 19 2025 04:01:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Jul 19 2025 00:17:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15198828 | | Email/PDF: bncnotices@becket-lee.com | Jul 19 2025 00:20:44 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15184273 | + | Email/PDF: bncnotices@becket-lee.com | Jul 19 2025 00:20:07 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 15184272 | + | Email/PDF: bncnotices@becket-lee.com | Jul 19 2025 00:20:05 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 15184274 | + | EDI: BANKAMER | Jul 19 2025 04:01:00 | Bank of America, Po Box 982238, El Paso, TX 79998-2238 |
| 15184276 | + | EDI: BANKAMER | Jul 19 2025 04:01:00 | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 15212221 | + | EDI: BANKAMER2 | Jul 19 2025 04:01:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 15184280 | + | EDI: CITICORP | Jul 19 2025 04:01:00 | CBNA, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15184278 | | EDI: CAPITALONE.COM | Jul 19 2025 04:01:00 | Cabelas Capital One, Attn Payment Processing, PO Box 71083, Charlotte, NC 28272-1083 |
| 15197271 | | EDI: CAPITALONE.COM | Jul 19 2025 04:01:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 15184279 | | EDI: CAPITALONE.COM | Jul 19 2025 04:01:00 | Capital One Bank USA, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15204743 | | Email/PDF: bncnotices@becket-lee.com | Jul 19 2025 00:19:58 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15184281 | + | EDI: CITICORP | Jul 19 2025 04:01:00 | Cbna, Attn: Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 15184282 | + | EDI: JPMORGANCHASE | Jul 19 2025 04:01:00 | Chase Card Services, Po Box 15369, Wilmington, DE 19850-5369 |
| 15184285 | + | EDI: JPMORGANCHASE | Jul 19 2025 04:01:00 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850-5298 |
| 15184287 | + | EDI: CITICORP | Jul 19 2025 04:01:00 | Citibank, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15184290 | + | EDI: CITICORP | Jul 19 2025 04:01:00 | Citibank, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 15211454 | | EDI: CITICORP | Jul 19 2025 04:01:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15184293 | + | EDI: CITICORP | Jul 19 2025 04:01:00 | Citibank/Sunoco, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15184294 | + | EDI: CITICORP | Jul 19 2025 04:01:00 | Citibank/Sunoco, Attn: Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 15184296 | + | EDI: CITICORP | Jul 19 2025 04:01:00 | Citibank/The Home Depot, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 15184295 | + | EDI: CITICORP | Jul 19 2025 04:01:00 | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15251540 | + | Email/Text: bankruptcy@clearviewfcu.org | Jul 19 2025 00:18:00 | Clearview Federal Credit Union, 8805 University Boulevard, Moon Township, PA 15108-4212 |
| 15184298 | + | EDI: WFNNB.COM | Jul 19 2025 04:01:00 | Comenity Bank, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15184297 | + | EDI: WFNNB.COM | Jul 19 2025 04:01:00 | Comenity Bank, Po Box 182789, Columbus, OH 43218-2789 |
| 15184300 | + | EDI: WFNNB.COM | Jul 19 2025 04:01:00 | Comenity Capital/Davids Bridal, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 15184299 | + | EDI: WFNNB.COM | Jul 19 2025 04:01:00 | Comenity Capital/Davids Bridal, Po Box 182120, Columbus, OH 43218-2120 |
| 15184303 | | EDI: DISCOVER | Jul 19 2025 04:01:00 | Discover Financial, Attn: Bankruptcy Department, Po Box 15316, Wilmington, DE 19850 |
| 15184301 | | EDI: DISCOVER | Jul 19 2025 04:01:00 | Discover Financial, Pob 15316, Wilmington, DE 19850 |
| 15187319 | | EDI: DISCOVER | Jul 19 2025 04:01:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15263102 | | Email/Text: ECMCBKNotices@ecmc.org | Jul 19 2025 00:18:00 | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 15184312 | | Email/Text: collecadminbankruptcy@fnni.com | Jul 19 2025 00:17:00 | First National Bank, Attn: Bankruptcy, 1620 Dodge St Mailstop 4440, Omaha, NE 68197 |
| 15184309 | | Email/Text: collecadminbankruptcy@fnni.com | Jul 19 2025 00:17:00 | First National Bank, P.o. Box 3412, Omaha, NE 68197 |
| 15189753 | | Email/Text: collecadminbankruptcy@fnni.com | Jul 19 2025 00:17:00 | First National Bank of Omaha, 1620 Dodge St., Stop Code 3129, Omaha, NE 68197 |
| 15184306 | | Email/Text: collecadminbankruptcy@fnni.com | Jul 19 2025 00:17:00 | First Bank Card/Sheetz, PO Box 2557, Omaha, NE |

Case 20-20159-CMB   Doc 117   Filed 07/20/25   Entered 07/21/25 00:30:24   Desc
Imaged Certificate of Notice   Page 5 of 7

| District/off: 0315-2 | User: auto | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Jul 18, 2025 | Form ID: 3180W | Total Noticed: 77 |

| | | | | |
|---|---|---|---|---|
| | | | | 68103-2557 |
| 15184310 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Jul 19 2025 00:17:00 | First National Bank, Attn: Bankruptcy, 4140 East State Street, Hermitage, PA 16148-3401 |
| 15184307 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Jul 19 2025 00:17:00 | First National Bank, 4140 E State St, Hermitage, PA 16148-3401 |
| 15184308 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Jul 19 2025 00:17:00 | First National Bank of Pennsylvania, 4140 E. State Street, Hermitage, PA 16148-3401 |
| 15184313 | + | Email/Text: bankruptcy@huntington.com | Jul 19 2025 00:18:00 | Huntington National Bank, Po Box 1558, Columbus, OH 43216-1558 |
| 15184314 | + | Email/Text: bankruptcy@huntington.com | Jul 19 2025 00:18:00 | Huntington Natl Bk, Attn: Bankruptcy, P.O. Box 340996, Columbus, OH 43234-0996 |
| 15216779 | | EDI: JEFFERSONCAP.COM | Jul 19 2025 04:01:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15202686 | + | Email/Text: RASEBN@raslg.com | Jul 19 2025 00:17:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15184316 | + | EDI: CAPITALONE.COM | Jul 19 2025 04:01:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 15184315 | + | EDI: CAPITALONE.COM | Jul 19 2025 04:01:00 | Kohls/Capital One, Po Box 3115, Milwaukee, WI 53201-3115 |
| 15604015 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 19 2025 00:19:56 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15219810 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 19 2025 00:19:31 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15184318 | + | Email/PDF: Bankruptcy_Prod@mohela.com | Jul 19 2025 00:20:30 | Navient, Attn: Bankruptcy, Po Box 9640, Wilkes-Barre, PA 18773-9640 |
| 15184317 | + | Email/PDF: Bankruptcy_Prod@mohela.com | Jul 19 2025 00:20:37 | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 15196014 | + | Email/Text: bncnotifications@pheaa.org | Jul 19 2025 00:17:00 | Navient Solutions, LLC. on behalf of, PHEAA, PO BOX 8147, Harrisburg, PA 17105-8147 |
| 15210716 | | EDI: PRA.COM | Jul 19 2025 04:01:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15184319 | + | Email/PDF: ebnotices@pnmac.com | Jul 19 2025 00:32:37 | Pennymac Loan Services, Po Box 514387, Los Angeles, CA 90051-4387 |
| 15184320 | + | Email/PDF: ebnotices@pnmac.com | Jul 19 2025 00:20:34 | Pennymac Loan Services, Correspondence Unit/Bankruptcy, Po Box 514387, Los Angeles, CA 90051-4387 |
| 15221498 | + | Email/PDF: ebnotices@pnmac.com | Jul 19 2025 00:20:02 | Pennymac Loan Services, LLC, P.O. BOX 2410, MOORPARK, CA 93020-2410 |
| 15219228 | | EDI: Q3G.COM | Jul 19 2025 04:01:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15219227 | | EDI: Q3G.COM | Jul 19 2025 04:01:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15184849 | + | EDI: AIS.COM | Jul 19 2025 04:01:00 | Synchrony Bank, by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15184321 | + | EDI: SYNC | Jul 19 2025 04:01:00 | Synchrony Bank/ Dick's Sporting Goods, P.o. Box 965005, Orlando, FL 32896-5005 |
| 15184323 | + | EDI: SYNC | Jul 19 2025 04:01:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |

| District/off: 0315-2 | User: auto | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Jul 18, 2025 | Form ID: 3180W | Total Noticed: 77 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 15184322 | + | EDI: SYNC | Jul 19 2025 04:01:00 | Synchrony Bank/Care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 15184326 | + | EDI: SYNC | Jul 19 2025 04:01:00 | Synchrony Bank/Mens Wearhouse, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 15184325 | + | EDI: SYNC | Jul 19 2025 04:01:00 | Synchrony Bank/Mens Wearhouse, Po Box 965005, Orlando, FL 32896-5005 |
| 15184329 | + | EDI: SYNC | Jul 19 2025 04:01:00 | Synchrony Bank/Old Navy, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 15184327 | + | EDI: SYNC | Jul 19 2025 04:01:00 | Synchrony Bank/Old Navy, Po Box 965005, Orlando, FL 32896-5005 |
| 15184331 | + | EDI: SYNC | Jul 19 2025 04:01:00 | Synchrony Bank/TJX, Po Box 965015, Orlando, FL 32896-5015 |
| 15184332 | + | EDI: SYNC | Jul 19 2025 04:01:00 | Synchrony Bank/TJX, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 15187562 | | Email/Text: bankruptcy@huntington.com | Jul 19 2025 00:18:00 | THE HUNTINGTON NATIONAL BANK, PO BOX 889424, CLEVELAND, OH 44101-8539 |
| 15184334 | ^ | MEBN | Jul 19 2025 00:02:44 | UPMC Health Services, PO Box 371472, Pittsburgh, PA 15250-7472 |
| 15212769 | | Email/Text: BNCnotices@dcmservices.com | Jul 19 2025 00:17:00 | UPMC Health Services, PO Box 1123, Minneapolis MN 55440-1123 |
| 15184335 | | EDI: CAPITALONE.COM | Jul 19 2025 04:01:00 | Walmart Capital One, Po Box 71083, Charlotte, NC 28272-1083 |
| 15184338 | + | EDI: CAPITALONE.COM | Jul 19 2025 04:01:00 | World's Foremost Bank, Attn: Bankruptcy, 4800 Nw 1st St, Lincoln, NE 68521-4463 |
| 15184336 | + | EDI: CAPITALONE.COM | Jul 19 2025 04:01:00 | World's Foremost Bank, 4800 Nw 1st Street, Lincoln, NE 68521-4463 |

TOTAL: 74

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Pennymac Loan Services, LLC |
| cr | * | Educational Credit Management Corporation, PO Box 16408, St. Paul, MN 55116-0408 |
| cr | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| cr | *+ | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15184275 | *+ | Bank of America, Po Box 982238, El Paso, TX 79998-2238 |
| 15184277 | *+ | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 15184283 | *+ | Chase Card Services, Po Box 15369, Wilmington, DE 19850-5369 |
| 15184284 | *+ | Chase Card Services, Po Box 15369, Wilmington, DE 19850-5369 |
| 15184286 | *+ | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850-5298 |
| 15184288 | *+ | Citibank, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15184289 | *+ | Citibank, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15184291 | *+ | Citibank, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 15184292 | *+ | Citibank, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 15184304 | *P++ | DISCOVER FINANCIAL SERVICES LLC, PO BOX 3025, NEW ALBANY OH 43054-3025, address filed with court:, Discover Financial, Attn: Bankruptcy Department, Po Box 15316, Wilmington, DE 19850 |
| 15184302 | *P++ | DISCOVER FINANCIAL SERVICES LLC, PO BOX 3025, NEW ALBANY OH 43054-3025, address filed with court:, Discover Financial, Pob 15316, Wilmington, DE 19850 |
| 15184311 | *+ | First National Bank, Attn: Bankruptcy, 4140 East State Street, Hermitage, PA 16148-3401 |
| 15218255 | *+ | Synchrony Bank, by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15184324 | *+ | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 15184330 | *+ | Synchrony Bank/Old Navy, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 15184328 | *+ | Synchrony Bank/Old Navy, Po Box 965005, Orlando, FL 32896-5005 |

| District/off: 0315-2 | User: auto | Page 5 of 5 |
|---|---|---|
| Date Rcvd: Jul 18, 2025 | Form ID: 3180W | Total Noticed: 77 |

| 15184339 | *+ | World's Foremost Bank, Attn: Bankruptcy, 4800 Nw 1st St, Lincoln, NE 68521-4463 |
| 15184337 | *+ | World's Foremost Bank, 4800 Nw 1st Street, Lincoln, NE 68521-4463 |

TOTAL: 1 Undeliverable, 21 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 20, 2025            Signature:            /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 18, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Christopher M. Frye | on behalf of Debtor Anthony V. Rocco chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com |
| Christopher M. Frye | on behalf of Joint Debtor Stacie L. Rocco chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com |
| Denise Carlon | on behalf of Creditor Pennymac Loan Services  LLC dcarlon@kmllawgroup.com |
| Matthew Fissel | on behalf of Creditor Pennymac Loan Services  LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com |
| Thomas Song | on behalf of Creditor Pennymac Loan Services  LLC pawb@fedphe.com |

TOTAL: 8