IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
   ANTHONY V. ROCCO
   STACIE L. ROCCO
        Debtor(s)

Ronda J. Winnecour
        Movant
  vs.
No Repondents.

Case No.:20-20159

Chapter 13

Related to: Document No. 109

**ENTERED BY DEFAULT**

ORDER OF COURT

AND NOW, this __18th__ day of __July__, 20_25_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

FILED
7/18/25 4:10 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:
_Carlota M. Böhm_
U.S. BANKRUPTCY JUDGE    **dmr**

United States Bankruptcy Court

Western District of Pennsylvania

| In re: | Case No. 20-20159-CMB |
|---|---|
| Anthony V. Rocco | Chapter 13 |
| Stacie L. Rocco | |
| Debtors | |

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 5 |
|---|---|---|
| Date Rcvd: Jul 18, 2025 | Form ID: pdf900 | Total Noticed: 75 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 20, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Anthony V. Rocco, Stacie L. Rocco, 6818 Ridge Avenue, Finleyville, PA 15332-1016 |
| 15184305 | + | Elizur, 9800 A. McKnight Road, Pittsburgh, PA 15237-6032 |
| 15184333 | | Tri Community South EMS, Po Box 8, Indiana, PA 15701-0008 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 19 2025 00:19:32 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Jul 19 2025 00:17:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15198828 | | Email/PDF: bncnotices@becket-lee.com | Jul 19 2025 00:45:15 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15184273 | + | Email/PDF: bncnotices@becket-lee.com | Jul 19 2025 00:20:00 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 15184272 | + | Email/PDF: bncnotices@becket-lee.com | Jul 19 2025 00:19:57 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 15184274 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jul 19 2025 00:17:00 | Bank of America, Po Box 982238, El Paso, TX 79998-2238 |
| 15184276 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jul 19 2025 00:17:00 | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 15212221 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Jul 19 2025 00:17:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 15184280 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 19 2025 00:19:30 | CBNA, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15184278 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 19 2025 00:19:22 | Cabelas Capital One, Attn Payment Processing, PO Box 71083, Charlotte, NC 28272-1083 |
| 15197271 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 19 2025 00:46:10 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15184279 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 19 2025 00:33:01 | Capital One Bank USA, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15204743 | | Email/PDF: bncnotices@becket-lee.com | Jul 19 2025 00:20:01 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15184281 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 19 2025 01:20:15 | Cbna, Attn: Centralized Bankruptcy, Po Box |

Case 20-20159-CMB    Doc 118    Filed 07/20/25    Entered 07/21/25 00:30:24    Desc
Imaged Certificate of Notice    Page 3 of 6

| District/off: 0315-2 | User: auto | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Jul 18, 2025 | Form ID: pdf900 | Total Noticed: 75 |

| Recipient # | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 790034, St Louis, MO 63179-0034 |
| 15184282 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 19 2025 01:09:35 | Chase Card Services, Po Box 15369, Wilmington, DE 19850-5369 |
| 15184285 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 19 2025 00:19:54 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850-5298 |
| 15184287 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 19 2025 00:20:36 | Citibank, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15184290 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 19 2025 00:19:28 | Citibank, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 15211454 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 19 2025 01:20:15 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15184293 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 19 2025 00:19:34 | Citibank/Sunoco, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15184294 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 19 2025 00:19:29 | Citibank/Sunoco, Attn: Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 15184296 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 19 2025 01:20:15 | Citibank/The Home Depot, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 15184295 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 19 2025 00:20:00 | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15251540 | + | Email/Text: bankruptcy@clearviewfcu.org | Jul 19 2025 00:18:00 | Clearview Federal Credit Union, 8805 University Boulevard, Moon Township, PA 15108-4212 |
| 15184298 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 19 2025 00:18:00 | Comenity Bank, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15184297 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 19 2025 00:18:00 | Comenity Bank, Po Box 182789, Columbus, OH 43218-2789 |
| 15184300 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 19 2025 00:18:00 | Comenity Capital/Davids Bridal, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 15184299 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 19 2025 00:18:00 | Comenity Capital/Davids Bridal, Po Box 182120, Columbus, OH 43218-2120 |
| 15184303 | | Email/Text: mrdiscen@discover.com | Jul 19 2025 00:17:00 | Discover Financial, Attn: Bankruptcy Department, Po Box 15316, Wilmington, DE 19850 |
| 15184301 | | Email/Text: mrdiscen@discover.com | Jul 19 2025 00:17:00 | Discover Financial, Pob 15316, Wilmington, DE 19850 |
| 15187319 | | Email/Text: mrdiscen@discover.com | Jul 19 2025 00:17:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15263102 | | Email/Text: ECMCBKNotices@ecmc.org | Jul 19 2025 00:18:00 | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 15184312 | | Email/Text: collecadminbankruptcy@fnni.com | Jul 19 2025 00:17:00 | First National Bank, Attn: Bankruptcy, 1620 Dodge St Mailstop 4440, Omaha, NE 68197 |
| 15184309 | | Email/Text: collecadminbankruptcy@fnni.com | Jul 19 2025 00:17:00 | First National Bank, P.o. Box 3412, Omaha, NE 68197 |
| 15189753 | | Email/Text: collecadminbankruptcy@fnni.com | Jul 19 2025 00:17:00 | First National Bank of Omaha, 1620 Dodge St., Stop Code 3129, Omaha, NE 68197 |
| 15184306 | | Email/Text: collecadminbankruptcy@fnni.com | Jul 19 2025 00:17:00 | First Bank Card/Sheetz, PO Box 2557, Omaha, NE 68103-2557 |
| 15184310 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Jul 19 2025 00:17:00 | First National Bank, Attn: Bankruptcy, 4140 East State Street, Hermitage, PA 16148-3401 |
| 15184307 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Jul 19 2025 00:17:00 | First National Bank, 4140 E State St, Hermitage, PA 16148-3401 |
| 15184308 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | | |

Case 20-20159-CMB   Doc 118   Filed 07/20/25   Entered 07/21/25 00:30:24   Desc
Imaged Certificate of Notice   Page 4 of 6

| District/off: 0315-2 | User: auto | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Jul 18, 2025 | Form ID: pdf900 | Total Noticed: 75 |

| ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Jul 19 2025 00:17:00 | First National Bank of Pennsylvania, 4140 E. State Street, Hermitage, PA 16148-3401 |
| 15184313 | + | Email/Text: bankruptcy@huntington.com | Jul 19 2025 00:18:00 | Huntington National Bank, Po Box 1558, Columbus, OH 43216-1558 |
| 15184314 | + | Email/Text: bankruptcy@huntington.com | Jul 19 2025 00:18:00 | Huntington Natl Bk, Attn: Bankruptcy, P.O. Box 340996, Columbus, OH 43234-0996 |
| 15216779 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 19 2025 00:18:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15202686 | + | Email/Text: RASEBN@raslg.com | Jul 19 2025 00:17:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15184316 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 19 2025 00:46:06 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 15184315 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 19 2025 00:20:02 | Kohls/Capital One, Po Box 3115, Milwaukee, WI 53201-3115 |
| 15604015 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 19 2025 00:20:31 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15219810 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 19 2025 00:19:56 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15184318 | + | Email/PDF: Bankruptcy_Prod@mohela.com | Jul 19 2025 00:20:43 | Navient, Attn: Bankruptcy, Po Box 9640, Wilkes-Barre, PA 18773-9640 |
| 15184317 | + | Email/PDF: Bankruptcy_Prod@mohela.com | Jul 19 2025 00:20:08 | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 15196014 | + | Email/Text: bncnotifications@pheaa.org | Jul 19 2025 00:17:00 | Navient Solutions, LLC. on behalf of, PHEAA, PO BOX 8147, Harrisburg, PA 17105-8147 |
| 15210716 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 19 2025 00:20:30 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15184319 | + | Email/PDF: ebnotices@pnmac.com | Jul 19 2025 00:19:30 | Pennymac Loan Services, Po Box 514387, Los Angeles, CA 90051-4387 |
| 15184320 | + | Email/PDF: ebnotices@pnmac.com | Jul 19 2025 00:20:36 | Pennymac Loan Services, Correspondence Unit/Bankruptcy, Po Box 514387, Los Angeles, CA 90051-4387 |
| 15221498 | + | Email/PDF: ebnotices@pnmac.com | Jul 19 2025 00:19:27 | Pennymac Loan Services, LLC, P.O. BOX 2410, MOORPARK, CA 93020-2410 |
| 15219228 | | Email/Text: bnc-quantum@quantum3group.com | Jul 19 2025 00:18:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15219227 | | Email/Text: bnc-quantum@quantum3group.com | Jul 19 2025 00:18:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15184849 | + | Email/PDF: ebn_ais@aisinfo.com | Jul 19 2025 00:20:09 | Synchrony Bank, by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15184321 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 19 2025 01:09:47 | Synchrony Bank/ Dick's Sporting Goods, P.o. Box 965005, Orlando, FL 32896-5005 |
| 15184323 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 19 2025 00:20:02 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 15184322 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 19 2025 00:57:42 | Synchrony Bank/Care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 15184326 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 19 2025 00:58:09 | Synchrony Bank/Mens Wearhouse, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 15184325 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 19 2025 00:19:53 | Synchrony Bank/Mens Wearhouse, Po Box |

| Recip ID | Bypass | Notice Type / Email | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 965005, Orlando, FL 32896-5005 |
| 15184329 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 19 2025 00:19:53 | Synchrony Bank/Old Navy, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 15184327 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 19 2025 01:09:44 | Synchrony Bank/Old Navy, Po Box 965005, Orlando, FL 32896-5005 |
| 15184331 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 19 2025 00:20:28 | Synchrony Bank/TJX, Po Box 965015, Orlando, FL 32896-5015 |
| 15184332 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 19 2025 00:32:08 | Synchrony Bank/TJX, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 15187562 | | Email/Text: bankruptcy@huntington.com | Jul 19 2025 00:18:00 | THE HUNTINGTON NATIONAL BANK, PO BOX 889424, CLEVELAND, OH 44101-8539 |
| 15184334 | ^ | MEBN | Jul 19 2025 00:02:45 | UPMC Health Services, PO Box 371472, Pittsburgh, PA 15250-7472 |
| 15212769 | | Email/Text: BNCnotices@dcmservices.com | Jul 19 2025 00:17:00 | UPMC Health Services, PO Box 1123, Minneapolis MN 55440-1123 |
| 15184335 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 19 2025 00:32:09 | Walmart Capital One, Po Box 71083, Charlotte, NC 28272-1083 |
| 15184338 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 19 2025 00:20:36 | World's Foremost Bank, Attn: Bankruptcy, 4800 Nw 1st St, Lincoln, NE 68521-4463 |
| 15184336 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 19 2025 00:20:39 | World's Foremost Bank, 4800 Nw 1st Street, Lincoln, NE 68521-4463 |

TOTAL: 72

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Pennymac Loan Services, LLC |
| cr | * | Educational Credit Management Corporation, PO Box 16408, St. Paul, MN 55116-0408 |
| cr | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| cr | *+ | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15184275 | *+ | Bank of America, Po Box 982238, El Paso, TX 79998-2238 |
| 15184277 | *+ | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 15184283 | *+ | Chase Card Services, Po Box 15369, Wilmington, DE 19850-5369 |
| 15184284 | *+ | Chase Card Services, Po Box 15369, Wilmington, DE 19850-5369 |
| 15184286 | *+ | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850-5298 |
| 15184288 | *+ | Citibank, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15184289 | *+ | Citibank, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15184291 | *+ | Citibank, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 15184292 | *+ | Citibank, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 15184304 | *P++ | DISCOVER FINANCIAL SERVICES LLC, PO BOX 3025, NEW ALBANY OH 43054-3025, address filed with court:, Discover Financial, Attn: Bankruptcy Department, Po Box 15316, Wilmington, DE 19850 |
| 15184302 | *P++ | DISCOVER FINANCIAL SERVICES LLC, PO BOX 3025, NEW ALBANY OH 43054-3025, address filed with court:, Discover Financial, Pob 15316, Wilmington, DE 19850 |
| 15184311 | *+ | First National Bank, Attn: Bankruptcy, 4140 East State Street, Hermitage, PA 16148-3401 |
| 15218255 | *+ | Synchrony Bank, by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15184324 | *+ | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 15184330 | *+ | Synchrony Bank/Old Navy, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 15184328 | *+ | Synchrony Bank/Old Navy, Po Box 965005, Orlando, FL 32896-5005 |
| 15184339 | *+ | World's Foremost Bank, Attn: Bankruptcy, 4800 Nw 1st St, Lincoln, NE 68521-4463 |
| 15184337 | *+ | World's Foremost Bank, 4800 Nw 1st Street, Lincoln, NE 68521-4463 |

TOTAL: 1 Undeliverable, 21 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

Case 20-20159-CMB    Doc 118    Filed 07/20/25    Entered 07/21/25 00:30:24    Desc
Imaged Certificate of Notice    Page 6 of 6

| District/off: 0315-2 | User: auto | Page 5 of 5 |
|---|---|---|
| Date Rcvd: Jul 18, 2025 | Form ID: pdf900 | Total Noticed: 75 |

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 20, 2025         Signature:         /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 18, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Christopher M. Frye | on behalf of Debtor Anthony V. Rocco chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com |
| Christopher M. Frye | on behalf of Joint Debtor Stacie L. Rocco chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com |
| Denise Carlon | on behalf of Creditor Pennymac Loan Services  LLC dcarlon@kmllawgroup.com |
| Matthew Fissel | on behalf of Creditor Pennymac Loan Services  LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com |
| Thomas Song | on behalf of Creditor Pennymac Loan Services  LLC pawb@fedphe.com |

TOTAL: 8